|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>February 02, 2026<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____**NM**_____<br>DEPUTY |

**RICARDO KAHILO**  §
  §
v.  §   **CIVIL NO. SA-26-CV-00449-OLG**
  §
**KRISTI NOEM et al**  §

## ORDER TRANSFERRING CASE

It is hereby **ORDERED** that this civil case assigned to the docket of the Honorable U.S. District Judge Orlando L. Garcia is hereby **TRANSFERRED** to the docket of the Honorable Senior U.S. District Judge David A. Ezra.

All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 2nd day of February 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE